Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
mmm@pisanellibice.com
Robert A. Ryan, Esq., Bar No. 12084
rr@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Farmers Insurance Exchange*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH GARRIDO, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS AUTOMOBILE INSURANCE ASSOCIATION, FARMERS INSURANCE EXCHANGE, DOES 1 through 10;<br><br>Defendants. | Case No.: 2:21-cv-00440-JCM-BNW<br><br>**STIPULATION AND PROPOSED ORDER REGARDING WAIVER OF SERVICE, EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND STAY OF DISCOVERY** |

Plaintiff Elizabeth Garrido ("Plaintiff") and Defendant Farmers Insurance Exchange ("FIE") (collectively the "Parties"), by and through their respective counsel of record, agree as follows:

1. Plaintiff filed its complaint in the Eighth Judicial District Court of Clark County, Nevada, in the action styled *Garrido v. Farmers Automobile Insurance Association, et al.*, Case No. A-21-829905-C (the "Complaint").

2. FIE removed this action to this Court on March 17, 2021.

3. Counsel for the Parties held a telephonic meet and confer on March 31, 2021 to discuss service of the Complaint, FIE's anticipated response date, and discovery issues.

4. Pursuant to Fed. R. Civ. P. 4(d), FIE hereby waives service, by and through its counsel, of the Complaint and Summons. This waiver shall not operate to waive, release, compromise, or prejudice any rights, defenses, objections, arguments, or claims FIE may have to the lawsuit.

1

1       5.      FIE shall answer or otherwise respond to the Complaint in this action by or before
2  May 14, 2021.

3       6.      If FIE files a motion to dismiss or other motion, Plaintiff's opposition thereto shall
4  be due on or before June 14, 2021.

5       7.      FIE's reply in support of the motion shall be due on or before July 9, 2021.

6       8.      Pending resolution of FIE's forthcoming motion, the Parties agree and stipulate to
7  a stay of discovery including, but not limited to, any discovery obligations set forth in
8  Fed. R. Civ. P. 26 and LR 26-1, in order to preserve judicial and party resources.

9       9.      If the Court denies FIE's forthcoming motion, in whole or in part, the Parties agree
10 to submit a Discovery Plan and Scheduling Order within thirty (30) days after entry of the Court's
11 order on the motion.

12      10.     The Parties respectfully suggest that good cause exists to enter the above-noted
13 briefing schedule and enter the Parties' stipulated stay of discovery.

14      11.     The Parties represent that this stipulation is sought in good faith, is not interposed
15 for delay, and is not filed for an improper purpose.

16 DATED this 9th day of April, 2021.                    DATED this 9th day of April, 2021.

17 PISANELLI BICE PLLC                                   MATTHEW L. SHARP, LTD.

18 By:   /s/ Jordan T. Smith                             By:   /s/ Matthew L. Sharp
       Jordan T. Smith, Esq., Bar No. 12097                   Matthew L. Sharp, Bar No. 4746
19     M. Magali Mercera, Esq., Bar No. 11742                 432 Ridge Street
       Robert A. Ryan, Esq., Bar No. 12084                    Reno, NV 89501
20     400 South 7th Street, Suite 300
       Las Vegas, Nevada 89101                                Robert T. Eglet, Bar No. 3402
21                                                            Cassandra S.M. Cummings, Bar No. 11944
   *Attorneys for Farmers Insurance Exchange*                 EGLET ADAMS
22                                                            400 S. Seventh St., Suite 400
                                                              Las Vegas, NV 89101
23
                                                       *Attorneys for Plaintiff*
24
        IT IS SO ORDERED.
25

26                                                     _____
                                                       UNITED STATES MAGISTRATE JUDGE
27                                                     DATED: April 15, 2021

28                                                     CASE NO.:   2:21-cv-00440-JCM-BNW

2