**PISANELLI BICE PLLC**
Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
mmm@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:   (702) 214-2100
Facsimile:   (702) 214-2101

**HOGAN LOVELLS US LLP**
Vanessa O. Wells (admitted *pro hac vice*)
vanessa.wells@hoganlovells.com
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone:   (650) 463-4000
Facsimile:   (650) 463-4199

*Attorneys for Farmers Insurance Exchange*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH GARRIDO, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS AUTOMOBILE INSURANCE ASSOCIATION, FARMERS INSURANCE EXCHANGE, DOES 1 through 10;<br><br>Defendants. | Case No.: 2:21-cv-00440-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Elizabeth Garrido ("Plaintiff") and Defendant Farmers Insurance Exchange ("FIE"), by and through their undersigned counsel of record, that any and all claims or causes of action asserted by Plaintiff against Defendants FIE and Farmers Automobile Insurance Association ("FAIA")[1] in the above-captioned matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41, with each party to bear their own attorneys' fees, costs, and expenses.

Dated this 11th day of May, 2022.

EGLET ADAMS

By:  /s/ Danielle C. Miller
      Robert T. Eglet, #3402
      Danielle C. Miller, #9127
      400 South Seventh Street, Suite 400
      Las Vegas, Nevada 89101

      Matthew L. Sharp, #4746
      MATTHEW L. SHARP, LTD.
      432 Ridge Street
      Reno, Nevada 89501

*Attorneys for Plaintiff*
(signed by filing attorney with permission received via e-mail on May 11, 2022).

Dated this 11th day of May, 2022.

PISANELLI BICE PLLC

By:  /s/ Jordan T. Smith
      Jordan T. Smith, Esq., #12097
      M. Magali Mercera, Esq., #11742
      400 South 7th Street, Suite 300
      Las Vegas, Nevada 89101

      Vanessa O. Wells (admitted *pro hac vice*)
      HOGAN LOVELLS US LLP
      4085 Campbell Avenue, Suite 100
      Menlo Park, California  94025

*Attorneys for Farmers Insurance Exchange*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: May 12, 2022

CASE NO.:   2:21-cv-00440-RFB-BNW

---

[1] Plaintiff's Complaint named FIE and another entity, Farmers Automobile Insurance Association (FAIA), as defendants. As FIE stated in its Motion to Dismiss the Complaint, FAIA is not part of the Farmers Insurance Group of Companies, is not an affiliate of FIE, and was apparently mistakenly named as a defendant in this action. Counsel for FIE executes this stipulation on behalf of FIE.

1